1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD OLSEN, CSBN 214150
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6915
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12 CONGCONG MA,                          )
                                         )
13            Plaintiff,                 ) No. C 07-0235 EMC
                                         )
14     v.                                )
                                         )
15 MICHAEL CHERTOFF, Secretary of the    ) STIPULATION TO DISMISS; AND
   U.S. Department of Homeland Security; ) [PROPOSED] ORDER
16 EMILIO T. GONZALES, Director,         )
   U.S. Citizen and Immigration Services;)
17 ROBERT S. MULLER, Director,           )
   Federal Bureau of Investigations; and )
18 ALBERTO R. GONZALES, Attorney General )
   of the United States,                 )
19                                       )
              Defendants.                )
20 _____)

21

22     Plaintiff, appearing *pro se*, and Defendants, by and through their attorneys of record, hereby

23 stipulate, subject to the approval of the Court, to dismissal of the action in light of the adjudication

24 of Plaintiff's adjustment of status applications (Form I-485).

25     Each of the parties shall bear their own costs and fees.

26 ///

27 ///

28

Stip. to Dismiss
C 07-0235 EMC

| | | |
|---|---|---|
| 1 | Dated: May ___, 2007 | Respectfully submitted, |
| 2 | | SCOTT N. SCHOOLS<br>United States Attorney |
| 3 | | |
| 4 | | |
| 5 | | EDWARD A. OLSEN<br>Assistant United States Attorney<br>Attorney for Defendants |
| 6 | | |
| 7 | Dated: May 29, 2007 | |
| 8 | | CONGCONG MA<br>*Pro se* |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: June 4, 2007

_____
EDWARD M. [CHEN]
United States [Magistrate Judge]

*IT IS SO ORDERED*
*Judge Edward M. Chen*
(UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA seal)

Stip. to Dismiss
C 07-0235 EMC

**CERTIFICATE OF SERVICE**

<u>Ma v. Chertoff</u>, No. 07-0235 EMC

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she caused a copy of:

**STIPULATION TO DISMISS and PROPOSED ORDER**

to be served this date on the party(ies) in this action, by placing the true copy thereof, addressed as follows:

Congcong Ma
687 Portofino Lane
Foster City, CA 94404

__✔__   First Class Mail by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with the office's practice.

_____   Facsimile (FAX) Telephone No.

_____   Personal Service (Messenger)

_____   Federal Express

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: June 1, 2007

TIFFANI CHIU
Paralegal Specialist

Stip. to Dismiss
C 07-0235 EMC